IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ED PARISH, JR., as personal representative of the Estate of Billy Matthew Smith, )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:19cv878-MHT<br>(WO) |

**JUDGMENT**

Pursuant to the agreement of the parties, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The court retains jurisdiction to enforce the

settlement of the parties.

This case is closed.

DONE, this the 9th day of September, 2024.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**